Julian Burns King, SBN 298617
julian@kingsiegel.com
Rachael E. Sauer, SBN 308549
rsauer@kingsiegel.com
KING & SIEGEL LLP
724 S. Spring Street, Suite 201
Los Angeles, CA  90014
Telephone:	213-465-4802
Facsimile:	213-465-4803

Attorneys for Plaintiff  STEVE WHEAT

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
HAIDY M. RIVERA, SBN 322117
haidy.rivera@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:	916-840-3150
Facsimile:	916-840-3159

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHEAT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:22-cv-01524-BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>Action Filed:  October 27, 2022<br>Trial Date:  　October 7, 2024 |

Plaintiff STEVE WHEAT ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint in this matter on October 27, 2022;

WHEREAS, on February 21, 2023, the Court issued a Scheduling Conference Order ordering the Parties to complete non-expert discovery by February 6, 2024;

WHEREAS, Defendant served its first set of discovery on April 13, 2023;

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL AND TRIAL DATES

1   WHEREAS, Plaintiff served its first set of discovery on April 13, 2023;

2   WHEREAS, the Parties have been engaged in various meet and confer efforts, attended
3   multiple discovery status conferences with this Court, and have been working diligently to resolve
4   their respective discovery disputes;

5   WHEREAS, on November 9, 2023, Plaintiff filed his Motion to Quash Subpoenas for
6   Medical Records;

7   WHEREAS, on November 22, 2023, Defendant filed their Opposition to Plaintiff's Motion
8   to Quash Subpoenas for Medical Records;

9   WHEREAS, on November 30, 2023, Plaintiff filed his Reply in support of his Motion to
10  Quash Subpoenas for Medical Records;

11  WHEREAS, on December 11, 2023, the Court issued its Order Denying Plaintiff's Motion
12  to Quash Subpoenas for Medical Records;

13  WHEREAS, on December 21, 2023, the Parties jointly filed a Stipulation for Independent
14  Medical Examination ("IME") of Plaintiff Steve Wheat and Proposed Protective Order regarding
15  Defendant's IME of Plaintiff Steve Wheat.

16  WHEREAS, on December 22, 2023, this Court signed the Parties' Proposed Protective
17  Order regarding Defendant's IME of Plaintiff Steve Wheat.

18  WHEREAS, the Parties are engaged in efforts to schedule Plaintiff's IME and in light of
19  the holiday season, will not be able to conduct the IME until February 16, 2024.

20  WHEREAS, the Parties are still actively engaged in efforts to complete their respective
21  initial rounds of discovery so that they may substantively prepare for the deposition of Plaintiff and
22  Defendant's Person Most Qualified;

23  WHEREAS, the Parties have not completed depositions and other essential discovery for
24  summary judgment and trial in an effort to fully resolve pending discovery disputes;

25  WHEREAS, the current deadlines to complete discovery will frustrate the Parties' meet and
26  confer progress by requiring the completion of discovery, prior to taking the deposition of Plaintiff
27  and Defendant's Person Most Qualified;

28  ///

1  WHEREAS, there has been no previous modification of the Scheduling Order in this
2 action;
3  WHEREAS, the Parties believe it is in their best interests to conserve costs and judicial
4 resources while the Parties seek resolution of their pending discovery issues;
5  WHEREAS, the Parties agree that the interests of justice are best served by a continuance
6 of the discovery cutoff so that the Parties have sufficient time to complete essential discovery and
7 prepare for trial;
8  WHEREAS, the Parties are making this request as soon as reasonably practicable once the
9 Parties realized the necessity of the extension based on the circumstances identified above;
10  WHEREAS, both Parties will suffer significant prejudice if discovery is not extended,
11 because neither Party will have sufficient time to conduct discovery necessary for dispositive
12 motions or trial;
13  WHEREAS, the Parties agree that neither Party will suffer any prejudice if the Court
14 extends discovery as requested;
15  WHEREAS, the Parties agree that the interests of justice are best served by an extension of
16 discovery and all related remaining deadlines so that the Parties have sufficient time to complete
17 essential discovery and prepare for trial;
18  **THEREFORE**, for the reasons set forth above, good cause exists for an extension of
19 pretrial and trial dates set forth in the Court's Scheduling Conference Order.  Thus, subject to the
20 Court's approval, the Parties stipulate and agree to the proposed revised deadlines below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Non-Expert Discovery | February 6, 2024 | August 31, 2024 |
| Expert Disclosure | February 23, 2024 | December 5, 2024 |
| Supplemental Expert Disclosure | March 8, 2024 | December 23, 2024 |
| Expert Discovery Cutoff | April 12, 2024 | February 5, 2025 |
| Pretrial Motion Filing Deadline | April 30, 2024 | September 29, 2024 |
| Pretrial Conference | August 7, 2024 at 9:00 a.m. | February 27, 2025 at 9:00 a.m. |

| Jury Trial (7-10 days) | October 7, 2024 at 8:30 a.m. | March 17, 2025 at 8:30 a.m. |

**IT IS SO STIPULATED.**

DATED:  January 17, 2024                    KING & SIEGEL LLP


                                            By:  /s/ Rachael Sauer *(as authorized on 1.17.24)*
                                                 Julian Burns King
                                                 Rachael E. Sauer

                                            Attorneys for Plaintiff STEVE WHEAT

DATED:  January 17, 2024                    OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.


                                            By:  /s/ Haidy M. Rivera
                                                 James T. Conley
                                                 Haidy M. Rivera

                                            Attorneys for Defendant
                                            WAL-MART ASSOCIATES, INC.

**ATTESTATION**

Concurrence in the filing of this document has been obtained from the individual whose electronic signature is attributed above.

DATED:  January 17, 2024                    OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.


                                            By:  /s/ Haidy M. Rivera
                                                 James T. Conley
                                                 Haidy M. Rivera

                                            Attorneys for Defendant
                                            WAL-MART ASSOCIATES, INC.

**ORDER**

The Court having read and considered the Parties' Joint Stipulation to Continue Pretrial and Trial Dates, and cause appearing:

IT IS HEREBY ORDERED that the pretrial and trial dates shall be as follows:

| Event | Date |
| --- | --- |
| Non-Expert Discovery | August 31, 2024 |
| Expert Disclosure | **September 20, 2024** |
| Supplemental Expert Disclosure | **October 18, 2024** |
| Expert Discovery Cutoff | **December 13, 2024** |
| Pretrial Motion Filing Deadline | **January 17, 2025** |
| Pretrial Conference | **April 23, 2025 at 9:00 a.m.** |
| Jury Trial (7-10 days) | **June 9, 2025 at 8:30 a.m.** |

IT IS SO ORDERED.

Dated:   **January 22, 2024**           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE