Julian Burns King, SBN 298617
julian@kingsiegel.com
Rachael E. Sauer, SBN 308549
rsauer@kingsiegel.com
KING & SIEGEL LLP
724 S. Spring Street, Suite 201
Los Angeles, CA  90014
Telephone:   213-465-4802
Facsimile:   213-465-4803

Attorneys for Plaintiff  STEVE WHEAT

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
HAIDY M. RIVERA, SBN 322117
haidy.rivera@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:   916-840-3150
Facsimile:   916-840-3159

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WHEAT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 1:22-cv-01524-BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DATES**<br><br>Action Filed:  October 27, 2022<br>Trial Date:      June 9, 2025 |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DATES

Plaintiff STEVE WHEAT ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff sat for the first day of his deposition on September 11, 2024. The deposition convened remotely via Zoom. Two minutes after going on the record, Plaintiff lost power and internet. After 15 minutes, Plaintiff reported his entire neighborhood was without power. There was no estimated time for the restoration of power and internet.

WHEREAS, counsel conferred off the record about resuming the deposition on another date in person in defense counsel's Fresno, California office. The stipulation was placed on the record and Plaintiff and his counsel agreed to provide availability.

WHEREAS, the parties have agreed to return on the first mutually available date in person for the deposition of Plaintiff in Fresno, California on October 16, 2024.

WHEREAS, defense counsel has served the Seventh Amended Notice of Deposition of Plaintiff for October 16, 2024.

WHEREAS, defense counsel subpoenaed Dr. Tyler May, one of Plaintiff' physicians listed in his disclosures for September 11, 2024. Walmart took the deposition of Dr. Tyler May on September 11, 2024. Dr. May sat for deposition for approximately 15 minutes and then had to leave. The parties agreed to continue the deposition at another time. Plaintiff's counsel would like to ask Dr. May questions and will subpoena him for a mutually agreeable date that he is available.

WHEREAS, defense counsel subpoenaed Davina Uchegbu, NP, one of the medical providers listed in Plaintiff's disclosures for September 12, 2024. Walmart took a non-appearance of the witness on September 12, 2024. Plaintiff's counsel would like to ask this witness questions and will subpoena him for a mutually agreeable date that he is available.

WHEREAS, the current deadlines will be prejudicial by requiring the completion of discovery and expert disclosure prior to taking of the deposition of Plaintiff.

**THEREFORE**, for the reasons set forth above, good cause exists for an extension of pretrial and trial dates set forth in the Court's Amended Scheduling Conference Order in Docket Number . Thus, subject to the Court's approval, the Parties stipulate and agree to the proposed revised deadlines below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Closure of Discovery Extended Solely to Complete Plaintiff's Deposition, Complete Dr. Tyler May's deposition, and take the deposition of Davina Uchegbu in Modification of Docket No. 59. | September 20, 2024 | November 1, 2024 |
| Disclosure of Expert Witnesses | September 20, 2024 | December 6, 2024 |

**IT IS SO STIPULATED.**

DATED:  September 13, 2024                KING & SIEGEL LLP


                                          By:  /s/*Rachael E. Sauer*_____
                                               Julian Burns King
                                               Rachael E. Sauer

                                          Attorneys for Plaintiff STEVE WHEAT

DATED:  September 13, 2024                OGLETREE, DEAKINS, NASH,
                                          SMOAK & STEWART, P.C.


                                          By:  /s/*James T. Conley*_____
                                               James T. Conley
                                               Haidy M. Rivera

                                          Attorneys for Defendant
                                          WAL-MART ASSOCIATES, INC.

### **ATTESTATION**

Concurrence in the filing of this document has been obtained from the individual whose electronic signature is attributed above.

3

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DATES

DATED:  September 13, 2024        OGLETREE, DEAKINS, NASH,
                                  SMOAK & STEWART, P.C.


                                  By:  /s/ *James T. Conley*
                                       James T. Conley
                                       Haidy M. Rivera

                                  Attorneys for Defendant
                                  WAL-MART ASSOCIATES, INC.

**ORDER**

Having considered the Parties' Joint Stipulation to Continue Plaintiff's Deposition Date, and good cause appearing, the Court extends non-expert discovery solely for the limited purpose of completing the depositions of Plaintiff's three treating medical providers and completing the interrupted deposition of Plaintiff, and modifies the Scheduling Order (Docs. 38, 59) as follows:

| Event | Previously Scheduled Date | Current Date |
| --- | --- | --- |
| Closure of Non-Expert Discovery Extended Solely to Complete Deposition of Plaintiff's Three Treating Providers and Plaintiff's Deposition Due to Power Outage (*See* Doc. 59) | September 20, 2024 | **November 1, 2024** |
| Expert Disclosure | September 20, 2024 | **November 22, 2024** |
| Supplemental Expert Disclosure | October 18, 2024 | **December 13, 2024** |
| Expert Discovery Cutoff | December 13, 2024 | **January 17, 2025** |
| Pretrial Motion Filing Deadline | January 17, 2025 | **January 17, 2025** |
| Pretrial Conference | April 23, 2025 at 9:00 a.m. | **April 23, 2025 at 9:00 a.m. (Courtroom 8 – BAM)** |
| Jury Trial (7-10 days) | June 9, 2025 at 8:30 a.m | **June 9, 2025 at 8:30 a.m (Courtroom 8 – BAM)** |

No further modifications of the scheduling order will be made absent good cause.

IT IS SO ORDERED.

Dated:   **September 17, 2024**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE