1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8
9

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10    STEVE WHEAT, | Case No. 1:22-cv-01524-SAB |
| 11          Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET |
| 12        v. | TO REFLECT STIPULATED DISMISSAL |
| 13    WAL-MART ASSOCIATES, INC., | (ECF No. 99) |
| 14          Defendant. | |

15

16
17
18
On November 26, 2025, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 9.)   In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

19
20
21
Accordingly, the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

22
IT IS SO ORDERED.

23
24
Dated:   **December 1, 2025**

                STANLEY A. BOONE
                United States Magistrate Judge

25
26
27
28